1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| JEREMY HOLLAND, | Case No.: 2:24-cv-06557-RGK (SSCx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |
| vs. | |
| MARIA NEGRETE MARTINEZ D/B/A EL TORITO CAFE; STELLA VILLALOBOS; and DOES 1 to 10, | |
| Defendants. | |

[PROPOSED] ORDER

1 | Based on the request from Plaintiff and for good cause shown:
2 |
3 |     IT IS HEREBY ORDERED that the entire action be dismissed without
4 |
5 | prejudice with the Court to retain jurisdiction up until November 14, 2024.
6 |
7 |     SO ORDERED.
8 |
9 |     DATED: _____     _____
10 |                                                      R. Gary Klausner,
                                                 United States District Court Judge