JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JEREMY HOLLAND, | Case No.: 2:24-cv-06557-RGK (SSCx) |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION |
| vs. | |
| MARIA NEGRETE MARTINEZ D/B/A EL TORITO CAFE; STELLA VILLALOBOS; and DOES 1 to 10, | [20] |
| Defendants. | |

(Note: "[PROPOSED]" is struck through in the title.)

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until November 14, 2024.

SO ORDERED.

DATED: 10/16/2024

_____
Hon. R. Gary Klausner
United States District Judge